IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr302-CSC |
| | ) | (18 U.S.C. 641) |
| ELAINE M. PFANNENSTIEL | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

## COUNT

On or about the 6th day of March, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, ELAINE M. PFANNENSTIEL did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, was employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am currently assigned to Barksdale Air Force Base in Louisiana. On or about 6 March 2007, via closed circuit monitors, I observed ELAINE M. PFANNENSTIEL select a small, gold necklace with pearl-like beads on it from a display in the Base Exchange (BX). Pfannenstiel shopped around the BX for some time and then went to the Power Zone section where she picked up the necklace, put it in a flyer in her shopping cart and then shopped some more. Pfannenstiel finally went to central checkout. As she put several other items on the counter, she folded the flyer to contain the necklace and put the flyer in her purse. Pfannenstiel paid for several items, but not the necklace. When Pfannenstiel left the store, I detained her in the lobby area of the BX, identified her and escorted her to the security office. Security Forces was called and responded. While waiting for Security forces, Pfannenstiel offered to pay for anything if she had made a mistake. Once security forces arrived, Pfannenstiel's purse was searched and the necklace, value of $12.00, was recovered. Pfannenstiel stated that the reason it was in her purse was that she had the necklace on the flyer in the cart and then put the flyer in her purse and the necklace must have gone in also. Pfannenstiel was taken to the Law Enforcement Desk for further processing.

                                                                                             *[signature]*
                                                                          ROBERT G. SMITH

Subscribed and sworn to before me this 5th day of November, 2007.

                                                    *[signature]*
                                          Notary Public

                                          AUDREY FAYE GRIFFIN
                                             Notary Public
                                             STATE OF ALABAMA

                                             NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                             MY COMMISSION EXPIRES: July 19, 2009
                                             BONDED THRU NOTARY PUBLIC UNDERWRITERS