IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:07-cr-0302-CSC |
| ELANIE M. PFANNENSTIEL, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as counsel representing Elaine M. Pfannenstiel in the above-styled cause.

Respectfully submitted this 2nd day of January, 2008.

                              s/ Richard K. Keith
                              **RICHARD K. KEITH (KEI003)**
                              Attorney for Defendant
                              **KEITH & DUBIN, P.C.**
                              22 Scott Street
                              Montgomery, AL  36104-4012
                              Telephone: (334) 264-6776
                              Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

                              s/ Richard K. Keith
                              **OF COUNSEL**