IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:07-cr-302-CSC |
| | ) | |
| ELAINE M. PFANNENSTIEL | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Original Information as to ELAINE M. PFANNENSTIEL heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby GRANTED.

Done this 3rd day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE